UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No.:

IN RE:

APPLICATION OF LM PROPERTY DEVELOPMENT LIMITED AND MIRKO KOVATS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

1-25-mc-28 AW/MAL

**Filing Under Seal NOT Requested**

---

### *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Based upon the concurrently filed Memorandum of Law, Declarations of Mirko Kovats, and supporting documents, LM Property Development Limited and Mirko Kovats ("Applicants") respectfully apply to this Court for an Order, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, and 45, granting them leave to serve GreenPointe Holdings, LLC ("GreenPointe" or "Respondent") with a subpoena in substantially the same form of that attached as Exhibit B to the Second Declaration of Mirko Kovats for the production of documents for use in proceedings in the Bahamas.

As set forth in the accompanying memorandum of law, Applicants' application meets the three statutory requirements of Section 1782. Applicants, as parties

to foreign proceedings, seek discovery from an entity that "resides" or "is found" in this judicial district for use in foreign lawsuits. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). Similarly, each of the four factors that the Supreme Court established to guide this Court's discretion in permitting discovery pursuant to Section 1782 also weigh in favor of awarding discovery.

First, Respondent is not a party to the foreign lawsuits. Second, courts in the Bahamas, where the foreign lawsuits involving Applicants are pending, are receptive to information obtained through Section 1782. Third, the discovery here does not seek to circumvent any proof-gathering restrictions in the forum in which the foreign lawsuits are pending. Fourth, the discovery requested is not unduly burdensome and is limited to specific topics relevant to Applicants' claims in the foreign lawsuits.

Applicants respectfully request that this Court enter the attached Proposed Order granting their application.

Date: March 3, 2025

Respectfully submitted,

/s/ *Yameel L. Mercado Robles*

Yameel L. Mercado Robles
FL Bar No.: 1003897
ymercadorobles@bakerlaw.com
Baker & Hostetler LLP
200 S. Orange Ave., Suite 2300
Orlando, FL 32801-3432

(407) 649-4070

*Attorney for Applicants*

### Rule 7.1(F) Certification

Pursuant to N.D. Fla. Local Rule 7.1, I hereby certify that this *Ex Parte* Application for Judicial Assistance to Obtain Evidence For Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 is in compliance with the Court's word limit. According to the word processing program used to prepare the Application, the total number of words in the Application, inclusive of headings, footnotes and quotations, and exclusive of the case style, signature block, and any certificate of service is 285. This Application does not exceed 500 words—inclusive of all parts—and, therefore, the words in this Application are not counted towards the world limit. L.R. 7.1(F).

/s/ *Yameel L. Mercado Robles*
Yameel L. Mercado Robles